UNITED STATES DISTRICT COUR T
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

GODFREY WILLIAMS

              Plaintiff(s),

   - against -

MULLIGAN SECURITY

             Defendant(s).

-------------------------------------------------------x

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 5-12-09              │
└─────────────────────────────────┘
```

08 Civ. 9632 (PKC)

FINAL
REVISED CIVIL CASE
MANAGEMENTPLAN AND
SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1.   The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to   September 4    ;

2.   The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to   Oct 2    ;

3.   Other directions to the parties:

I do not anticipate extending discovery further. I will set a Final Pretrial Conference date on September 9. Joint Pretrial Order, Voir dire requests, Proposed Jury Instructions, Verdict Form and fully submitted in limine motions due October 13 Final Pretrial Conference

4.   The next ~~Case Management Conference~~ [the ~~Final Pretrial Confer~~ence] will be held on  Sept 9   at 2 pm ~~am/pm~~. ~~Any conference scheduled for a date prior thereto is~~ ~~adjourned~~. The May 29 conference is vacated.

5.   In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
         5 - 12 - 09